IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAN (UK) LIMITED (F/K/A GAMEACCOUNT NETWORK, PLC, GAN PLC, and GAN (UK) PLC), <br><br> Plaintiff, <br><br> v. <br><br> MGM RESORTS INTERNATIONAL and BetMGM, LLC, <br><br> Defendants. | Civil Action No. 22-361-CJB |
| TOPIA TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EGNYTE, INC., <br><br> Defendant. | Civil Action No. 21-1821-CJB |
| INQUISIENT INC., <br><br> Plaintiff, <br><br> v. <br><br> SERVICENOW INC., <br><br> Defendant. | Civil Action No. 22-900-CJB |

**ORDER**

WHEREAS, the Court has received motions challenging whether the claims of one or more patents asserted in the above-captioned actions seek to claim subject matter that is not eligible for patentability pursuant to 35 U.S.C. § 101 (hereafter, "101 Motions");

WHEREAS, the Court believes that certain efficiencies in resolving 101 Motions are

attainable by hearing argument on multiple such motions at essentially the same time;

WHEREAS, the Court seeks to use its limited resources in a manner that may promote the "just, speedy, and inexpensive determination of every action and proceeding[,]" Fed. R. Civ. P. 1.;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Court has previously scheduled argument on the following 101 Motions to be heard at a combined hearing on December 20, 2022, beginning at 9:30 a.m. ("Section 101 day hearing"):

   a. D.I. 17 in Civil Action No. 22-361-CJB

   b. D.I. 39 in Civil Action No. 21-1821-CJB

2. The Court will now also hear argument on the Section 101 issues set out in D.I. 11 in Civil Action No. 22-900-CJB during the Section 101 day hearing.

3. The hearing will be held in person in Courtroom 2A.

4. The parties shall submit electronic versions of any slides or other demonstrative materials they may refer to by no later than 4:00 p.m. two days prior to the hearing.

5. Each party in the above-captioned actions must be represented by at least one attorney for the entire duration of the hearing. The Court will subsequently advise the parties of how much time each side/case will have for argument and the order in which each 101 Motion will be heard.

Dated: November 9, 2022

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE