IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INQUISIENT INC., a Delaware Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>SERVICENOW, INC., a Delaware Corporation,<br><br>    Defendant. | C.A. No. 22-cv-900-CJB |

**JOINT MOTION FOR TELECONFERENCE TO
RESOLVE PROTECTIVE ORDER DISPUTE**

InQuisient, Inc. and ServiceNow, Inc. respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following protective order matters:

- Whether XML is Source Code;
- Whether "data definitions that define or describe software" should be excluded from Source Code;
- Whether "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" material may be disclosed to two designated officers, directors, or employees of a receiving party regardless of involvement in competitive decision-making;
- Whether "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" material may be disclosed to designated in-house counsel of a receiving party;
- The definition of the field of technology to which the prosecution and development bar applies;
- Where source code should be made available for inspection.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on the following date(s):

January 23, 2023, February 3, 8, 10, and 14 2023, as well as by follow up email correspondence.

**Delaware Counsel:**
- ServiceNow, Inc.: Jennifer Ying (#5550)

06889-00006/13893701.2

- InQuisient, Inc.: Susan E. Morrison (#4690)

**Lead Counsel:**
- ServiceNow, Inc.: Jodie Cheng, John McKee, Chunmeng Yang, Gavin Frisch, Emily Alvarez-Bryant
- InQuisient, Inc.: Jason W. Wolff, Andrew Pearson, Adil Shaikh, Laura Powell

February 14, 2023

| FISH & RICHARDSON, P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Susan E. Morrison* | */s/ Jennifer Ying* |
| Susan E. Morrison (#4690)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070<br>morrison@fr.com | Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |